## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

OTHA REESE,

        Plaintiff,

v.                         CASE NO: 8:14-cv-3055- SDM-EAJ

MERRICK BANK CORP.,

        Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

      Plaintiff, Otha Reese, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                      Respectfully Submitted,

                                       **DAVIS LAW FIRM**

                                     */s/ Todd M. Davis*
                                     **TODD M. DAVIS, ESQ.**
                                     FL BAR NO. 58470
                                     Bank of America Tower
                                     50 N. Laura Street
                                     Suite 2500
                                     Jacksonville, FL 32202
                                     904-400-1429 (T)
                                     904-638-8800 (F)
                                     TD@DAVISPLLC.COM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2015, I e-filed this document using the CM/ECF system.  I further certify that I am unaware of any non-CM/ECF participants.

*/s/TODD M. DAVIS*
Todd M. Davis