UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OTHA REESE,

    Plaintiff,

v.                                      CASE NO. 8:14-cv-3055-T-23EAJ

MERRICK BANK CORP.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 22), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on September 28, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE